```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  UNITED STATES OF AMERICA,

                    Plaintiff,              MEMORANDUM & ORDER
                                             21-CV-2757(EK)(PK)
             -against-

  DAVID SINYAVSKIY,

                    Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

This case involves allegations that the defendant failed to report his interest in a foreign bank account as required by 31 U.S.C. § 5314 and the regulations promulgated thereunder. The Court has received Magistrate Judge Peggy Kuo's Report and Recommendation ("R&R") dated July 29, 2022. ECF No. 12. Judge Kuo recommends that the Court grant Plaintiff's motion for default judgment and that Plaintiff be awarded $85,559.18 in penalties for failing to file timely Reports of Foreign Bank and Financial Accounts (called "FBAR" reporting). She further recommends that Plaintiff be awarded late-payment penalties authorized by regulation and specified interest. R&R 10.

Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews the R&R for clear error on the face of the record. *See* Advisory Comm. Notes

to Fed. R. Civ. P. 72(b); *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.

Thus, Plaintiff's motion for default judgment is GRANTED. Plaintiff is awarded (1) a lump sum in the amount of $85,559.18, consisting of annual penalties for failing to make timely FBAR reports pursuant to 31 U.S.C. § 5314 and 31 C.F.R. § 1010.350(a), accrued pre-judgment interest for the period May 23, 2019 through July 25, 2022, and late-payment penalties under 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a), 901.9; (2) additional pre-judgment interest for the period from July 26, 2022 through the date judgment is entered in this case, to be calculated in accordance with 31 U.S.C. § 3717(a)(1); (3) post-judgment interest pursuant to 28 U.S.C. § 1961(a), accruing from the date of entry of judgment until the date judgment is paid in full; and (4) any additional late-payment penalties pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a), 901.9, accruing from July 26, 2022 until the date judgment is paid in full. R&R 10.

The Clerk of Court is respectfully directed to enter judgment and close the case.

SO ORDERED.

                                                         /s/ Eric Komitee
                                           ERIC KOMITEE
                                           United States District Judge

Dated:    September 30, 2022
           Brooklyn, New York